UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY CHANG,

    Plaintiff,

v.                                    Case No. 3:21-cv-1200-HES-JBT

YEZEL SHIPPING LIMITED
PARTNERSHIP, and MAERSK A/S,
foreign corporations, as owners,
managers, operators and
charters of M/V CAP ANDREAS,

    Defendants.
_____/

## ORDER

    **THIS CAUSE** is before this Court on "Maersk's Unopposed Motion for Summary Judgment" (Dkt. 36). Plaintiff, Anthony Chang, and Defendant Maersk A/S, agree Maersk only agreed to pay for and provide stevedoring related to cargo operations and Maersk is not responsible for non-cargo-related accidents. *Hayes v. Wilh Wilhelmsen Enter., Ltd.*, 818 F.2d 1557 (11th Cir. 1987). Chang was not injured by cargo, so Maersk is not responsible for his injuries as a matter of law.

    Accordingly, it is **ORDERED**:

    1.     "Maersk's Unopposed Motion for Summary Judgment" (Dkt. 36) is **GRANTED**; and

2. The Clerk is directed to enter Judgment for Maersk against Plaintiff Anthony Chang.

**DONE AND ENTERED** at Jacksonville, Florida, this 25 day of January, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HARVEY E. SCHLESINGER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Mitchel E. Woodlief, Esq.
James Francis Moseley, Jr., Esq.
Shea Michael Moser, Esq.
David W. McCreadie, Esq.
Elbert Lelland Martin, IV, Esq.